**DISMISS and Opinion Filed August 1, 2024**



**In The**
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00589-CV

**KENDRICK IGBINOBA, Appellant**
**V.**
**SKYHOUSE FRISCO STATION, LP, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01645-2024**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Goldstein

The filing fee and clerk's record in this case have not been filed. By postcards dated May 16, 2024 and July 18, 2024, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By letter dated July 8, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he (1) had either paid for or made arrangements to pay for the clerk's record, or (2) is entitled to proceed without payment of costs.

We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

240589F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KENDRICK IGBINOBA, Appellant

No. 05-24-00589-CV      V.

SKYHOUSE FRISCO STATION, LP, Appellee

On Appeal from the County Court at Law No. 1, Collin County, Texas Trial Court Cause No. 001-01645-2024.
Opinion delivered by Justice Goldstein. Justices Reichek and Garcia participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 1, 2024.